### BALL & SOCKET FASTENER CO. v. PATENT BUTTON CO.

(Circuit Court, D. Connecticut. March 16, 1905.)

#### No. 1,169.

PRELIMINARY INJUNCTION—GROUNDS.

In a suit to compel the assignment of patents under a contract, where, on the showing made, there is a reasonable probability that complainant may succeed on the merits, he is entitled to a preliminary injunction to maintain the status quo until a final hearing.

In Equity. On motion for preliminary injunction.

John R. Bennett and Donald Campbell, for complainant.
John K. Beach and Samuel H. Fisher, for defendant.

PLATT, District Judge. The question for final determination will be whether two patents to White, Nos. 691,222 and 692,953, shall be assigned to complainant by virtue of the contract of January 22, 1887. That matter may well await its day in court. We are now concerned with one single question, i. e., whether the defendant shall retain the unclouded title to those patents until the main contention shall be settled. If there is a reasonable likelihood that the complainant may win on the merits at the end, it is quite proper that, in the circumstances as they exist, the status quo should be preserved. Not being satisfied by the affidavits that such course may not be at last adopted, the order asked for and argued at the hearing may be entered.